ACCEPTED
12-14-00295-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/27/2015 12:34:50 PM
CATHY LUSK
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/27/2015 12:34:50 PM
CATHY S. LUSK
Clerk

1007 Grant Ave. •Lufkin, Texas 75901-0119

(936) 632-1609 telephone • (936) 632-1640 facsimile

**Friday – February 27, 2015**

**Certified Mail Return Receipt Requested**
**7014 0150 0001 1143 6992**

**Attn:** Shadondra Jenkins Appellant,
TDCJ# 01962913
Marlin Unit
2893 St. Hwy. 6
Marlin, Texas 76661

## ATTORNEY CLIENT COMMUNICATION PRIVILEGED

RE: Appeal in Cause No. 2013-0615, In the Twelfth Court of Appeals, Tyler, Texas No. 12-14-00295-CR.

Dear Mrs. Jenkins,

Enclosed you will find a copy of the brief I filed with the Twelfth Court of Appeals on your behalf. I have carefully and diligently studied the entire record in your case and have formed a good faith opinion that there are no issues available to support an appeal but you have the right to make your own arguments to the court.

As you are aware, I was appointed by the court to represent you on appeal. An appeal is based solely on the transcript and exhibits entered into evidence during your trial. In your case, your plea and sentencing hearings. **You have the Clerk's Record and a Copy of the Court Reporter's record.**

**I am sending this letter to you by certified mail so that you can become aware of your appellate rights and your right to file a pro se brief.** The Court of Appeals wants to be sure you have a copy of this letter so that if you want to file a pro se brief you can.

You have the right to file a pro se brief using the issues in the brief I filed or any other issues you desire to file by filing a pro se brief within thirty days, and you also have the right to file a petition for discretionary review. I will further explain these two rights.

A brief to the appellate court is to address those areas which the appellate court might correct upon their review of the record, which again means the entire transcript of the entire plea or sentencing hearing proceeding which occurred in your case. Again, I have carefully and diligently studied the entire record in your case and have formed a good faith opinion that there are no issues available to support an appeal but you have the right to make your own arguments to the court.

You may still make an argument that the trial court' sentence was in error or that your previous attorney did not help in your case. However you have to support your argument based on the record I have provided you.

**To argue the issues you have raised in your letters concerning the alleged failed actions of your trial counsel in my opinion are best raised in a Writ of Habeas Corpus. In this matter you pled guilty to the indictment of two counts of Injury to a Child. If you believe that there was a previous plea offer of that was not communicated to you or that your attorney did not investigate your case as you desired then I believe that is a matter that you can bring up in a writ of habeas corpus after the Court of Appeals makes a ruling in this appeal. The District Clerk of Angelina County can provide you with the form. Ask for the form from Angelina County District Clerk, Reba Squyres, and P.O. Box 908, Lufkin Texas 75902.**

Since you were sentenced within the parameters set forth by the Texas Legislature, I found no error contained in the record for which I believe I can appeal your sentence.

I do not find in my opinion that an error occurred which would support a good faith appeal. However, as your attorney, I am required to so inform you of that because my legal obligation is to the court to make only arguments and present only issues which in good faith have some merit, or stated another way, have some chance to gain you a favorable ruling.

In circumstances such as yours, where an attorney in good faith can find no meritorious argument for appeal, the attorney's duty is to present that finding to the Court of Appeals. That duty is satisfied by filing what is known as an "Anders"

brief. In short, an Anders brief informs the court that appellate counsel has studied the record and believes in good faith that no issues arose out of the trial upon which to base an appeal.

Additionally, I am obligated to inform you of your pro se rights under the law when the necessity for an Anders brief is encountered. You have the following pro se rights under the law:

1. **You have the right to review the record and trial transcript already provided you of your case which I sent to you previously.**
2. **You have the right to file a brief on your own behalf to point out errors you feel are worthy of review by the Court of Appeals**
3. **You have ( 30) thirty days from the date the Court of Appeals files the brief (generally 30 days from the date of this letter, in which to submit your own brief, or to request additional time through a Motion to Extend Time filed with the Court of Appeals, in which**
4. **However, if you choose to file your own brief, you must identify the issues and errors that you believe the Court of Appeals should consider.**

As explained above, the Anders brief gives you the right to present issues and write your own brief, however you must also follow procedures and timeliness guidelines.

Additionally, you should immediately notify the Twelfth Court of Appeals, in Tyler, Texas that you have received my letter informing you that I am filing an Anders brief. If you intend to write your own brief, you must inform them of your intent in writing and request an extension of time so that you may have further time to review the record and prepare a brief. The address is:

Ms. Cathy S. Lusk, Clerk
1517 West Front Street Suite 354
Tyler, Texas 75702

RE: Case No. 12-14-00295- Cr
Trial Court Case No. CR 2013-0615
Shadondra Jenkins v. State of Texas

If you use the format for my "Anders" brief as your guide that should be a satisfactory format for your brief if you so decide to proceed on your own. You must specifically point out to the court whatever issues or problems you are asking

the court to consider.

**If you do not choose to file a pro se brief then after the Court issues its ruling you, if you disagree, then you may consider filing a Pro Se Petition for Discretionary Review (PDR).** I must advise you that you will have thirty days from **their ruling** on your case to file a Pro See Petition for Discretionary Review (PDR). You may also file a Motion for Rehearing to extend your time to file the PDR.

I am enclosing a copy of Rule 68 of the Appellate Rules of Procedure. You may ask for an extension of time to file the PDR if you choose to do so which is provided by the rules, if necessary. The PDR should be filed with the Clerk of the Twelfth Court of Appeals. Although the PDR is addressed to the Texas Court of Criminal Appeals it must be mailed to the Clerk of the Twelfth Court of Appeals for that Court's consideration first. The mailing address for you to mail it the same one I provided above.

There are strict guidelines which must be followed regarding the filing of a PDR. As previously stated I am enclosing a copy of the rules so that you may read them and comply with them.

I regret that I could not be of more service to you and the delay in conducting a thorough review of your case, however, I assure you that in reviewing this record I have attempted to again provide you with all the constitutional protections afforded you. I wish you the best now and in the future. If you need to ask any questions please write me.

Sincerely,

John D. Reeves
Attorney at Law

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

1. Article Addressed to:

Shadondra Jenkins, TDCJ# 01962913
Marlin Unit
2893 St. HWY 6
Marlin, TX 76661

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from ser      7014 0150 0001 1143 6992

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

LUFKIN DOWNTOWN STA
LUFKIN, Texas
759029913
4822710902-0098
02/27/2015 (936)634-2623 12:07:43 PM
=====================================
============ Sales Receipt ============

| Product Description | Sale Unit Qty Price | Final Price |
|---|---|---|
| @@ ~~ MARLIN TX 76661-6588 Zone-3 Priority Mail 2-Day By Weight 3 lb. 4.50 oz. Expected Delivery: Mon 03/02/15 Includes $50 insurance | | $9.00 |
| Return Rcpt (Green Card) | | $2.70 |
| @@ Certified USPS Certified Mail #: 70140150000111436992 | | $3.30 |
| Issue Postage: | | $15.00 |
| Total: | | $15.00 |

Paid by:
Cash                   $20.00
Change Due:            -$5.00

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

~~ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

MARLIN TX 76661-6588

| | | |
|---|---|---|
| Postage | $ $9.00 | 0902 |
| Certified Fee | $3.30 | 07 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $15.00 | 02/27/2015 |

Sent To
Shadondra Jenkins, TDCJ# 01962913
Street, Apt. No.;
or PO Box No. Marlin Unit, 2893 St. Hwy 6
City, State, ZIP+4    Marlin, TX 76661

PS Form 3800, August 2006     See Reverse for Instructions

7014 0150 0001 1143 6992